**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Carlos Raul GARCIA–SOLIS,
Defendant–Appellant,**

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

UNITED STATES OF AMERICA,
Plaintiff–Appellee,

v.

Raul Carlos Garcia–Solis, also known as Raul Carlos Villasi, also known as Carlos Rual Solis–Garcia, also known as Candelario Trujeque–Novelo, also known as Carlos Raul Garcia–Solis, Defendant–Appellant.

Nos. 05–50724, 05–50750.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 24, 2006.

Joseph H. Gay, Jr., U.S. Attorney's Office Western District of Texas, Assistant U.S. Attorney, San Antonio, TX, for United States of America.

Judy Fulmer Madewell, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Carlos Raul Garcia–Solis.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Carlos Raul Garcia–Solis raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.